# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

### November 12, 2009

| 29552 | Jones v. Van Balen | Affirmed |
| 29062 | State v. Beyer | Reversed |
| 29620 | State v. Gomes | Reversed |

### November 13, 2009

| 28370 | State v. Jing Hua Xiao | Affirmed |

### November 16, 2009

| 29840 | J.J., In re | Affirmed |

### November 17, 2009

| 29248 | State v. Ledune | Affirmed |

### November 23, 2009

| 29111 | State v. Livesey | Reversed |

### November 24, 2009

| 29403 | State v. Nevarez | Reversed |
| 29310 | State v. Phongsavath | Reversed |

### November 25, 2009

| 29854 | B.O., In re | Affirmed |
| 29427 | Barnett v. State | Affirmed |
| 28585 | Correa, In re | Affirmed |

### November 30, 2009

| 28693 | Emory v. Housing and Community Development Corp. of Hawai'i | Affirmed |
| 29446 | Tangonan v. State | Affirmed |

### December 2, 2009

| 29733, 29734 | A.H., In re | Affirmed |

### December 11, 2009

| 29582 | State v. Akina | Vacated and Remanded |
| 29393 | State v. Porter | Vacated and Remanded |
| 29565 | State v. Stukin | Affirmed |